UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Paul Blackmer</u>

        v.                Case No. 08-cv-292-SM

<u>Dwayne Sweat, et al.</u>

<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated October 16, 2008, for the reasons set forth therein.  Plaintiff's complaint is hereby dismissed, and his motions for injunctive relief (document no. 9) and for reconsideration of the court's order denying motion to stay case (document no. 8) are denied.

SO ORDERED.

December 3, 2008

                                                  Steven J. McAuliffe
                                                  Chief Judge

cc:    Paul Blackmer, pro se